1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWIN JAMES CHAMBERS,

11              Petitioner,                  No. CIV S-08-1951 EFB P

12         vs.

13   STATE OF CALIFORNIA, et al.,

14              Respondents.               ORDER

15   _____/

16         Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17   § 2254.

18         Petitioner challenges a conviction in the Stanislaus County Superior Court and so this

19   action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).

20         Accordingly, it is hereby ordered that:

21         1.  This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

22         2.  The Clerk of Court shall assign a new case number; and,

23   /////

24   /////

25   /////

26   /////

1

3.   All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  September 11, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2